UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYRRHELEKI TURNER,

                Plaintiff,

v.

THE COUNTY OF DUTCHESS c/o MR. MARCUS J. MOLINARO, ADRIAN H. ANDERSON AS DUTCHESS COUNTY SHERIFF, DOWNSTATE CORRECTIONAL FACILITY & "JOHN DOE, name being fictitious, true name unknown,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/13/2021

19 CV 6566 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

    On June 6, 2021, the Court issued an Order to Show Cause directing Plaintiff Myrrheleki Turner to show cause in writing on or before July 28, 2021 why his claims against Defendants should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 22.)  On July 28, 2021, Plaintiff's counsel filed a letter stating Plaintiff "concedes he has been unable to prosecute the within action" and "pray[s] no sanctions or costs be imposed." (ECF No. 23.)

    Therefore, the case is dismissed without prejudice for want of prosecution.  The Clerk of Court is directed to terminate this case.

Dated:   September 13, 2021
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge